■ DOROTHY CRAIG, Individually and as Parent and Natural Guardian of JEFFREY CRAIG, an Infant, et al., Appellants, v NEW YORK STATE ELECTRIC AND GAS CORP., et al., Respondents, et al., Defendant. — In an action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Orange County, dated November 19, 1980, which denied their motion for summary judgment as to the second and third causes of action of the complaint. Order affirmed, with $50 costs and disbursements. There are triable issues of fact presented. Damiani, J.P., Gibbons, Gulotta and Thompson, JJ., concur.